Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*JoNell Thomas
Assistant Federal Public Defender
Nevada State Bar No. 4771
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonell_Thomas@fd.org

*Attorney for Petitioner Jayshawn Bailey

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jayshawn Bailey,<br>Petitioner<br>v.<br>State of Nevada, *et al.*,<br>Respondents. | Case No. 2:25-cv-01928-CDS-NJK<br>**Order Granting Unopposed Motion for Extension of Time to File Amended Petition**<br>**(FIRST REQUEST)**<br>[ECF No. 11] |

Petitioner Jayshawn Bailey seeks an extension of time of 74 days, from July 20, 2026, to October 2, 2026, to file the First Amended Petition. This motion is not opposed by Respondents.

## POINTS AND AUTHORITIES

Jayshawn Bailey initiated his federal habeas case on October 6, 2025, and his federal petition was filed on October 21, 2025. ECF No. 4. This Court appointed the Federal Public Defender to represent Mr. Bailey and directed counsel to file an Amended Petition on his behalf. ECF 7. The Amended Petition is currently due on July 20, 2026. ECF 10.

Undersigned counsel entered her appearance on May 15, 2026. ECF 9. She now requests an additional 74 days, up to and including October 2, 2026, to file the Amended Petition. This is the first request for an extension of time. The additional time is necessary to gather and organize the state court records, transcripts, as well as prior counsels' files. Once everything is received, in accordance with our filing system and procedures, these materials need to be sorted, organized, scanned, and coded into our electronic case system. Undersigned counsel must then review all of these materials and determine what issues are exhausted and which should be raised in the Amended Petition. Counsel also needs to meet with Mr. Bailey at the Ely State Prison, which has very limited visiting hours. She has scheduled an initial meeting for later this month. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

On July 13, 2026, Deputy Attorney General Eric S. Hoshizaki was contacted via email and stated that he did not object to the extension.

For these reasons, Mr. Bailey respectfully requests this Court grant an extension of time of 74 days and order the Amended Petition to be filed on or before October 2, 2026.

Dated July 20, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/JoNell Thomas*
JoNell Thomas
Assistant Federal Public Defender

IT IS SO ORDERED nunc pro tunc to July 20, 2026:

UNITED STATES DISTRICT JUDGE

DATED: July 21, 2026